## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**KENNETH D. BELL and
NATIONWIDE JUDGMENT
RECOVERY, INC.**, in his capacity as
court-appointed Receiver for Rex
Venture Group, LLC dba
ZeekRewards.com

       **Plaintiffs,**

**v.**                                                  **Case No: 5:22-mc-3-JA-PRL**

**TODD DISNER, et al.,**

       **Defendants.**

_____

### ORDER

This matter is before the Court on the motions of Nationwide Judgment Recovery, Inc., as assignee of Plaintiff Matthew Orso, in his capacity as court-appointed receiver for Rex Venture Group, LLC, d/b/a Zeekrewards.com ("Plaintiff") for issuance of writs of garnishment as to Citizen's First Bank. (Doc. 2) and JP Morgan Chase Bank, N.A. (Doc. 3) ("Garnishees."). On August 14, 2017, Plaintiff obtained a judgment in the United States District Court for the Western District of North Carolina against each member of a Defendant class, including Defendant Claudia Bak in the amount of $3,761.44. (Doc. 1).

On August 3, 2022, Plaintiff registered the judgment with this Court. (Doc. 1). There remains due and owing $3,761.44, plus post-judgment interest. Now, Plaintiff moves for the writs of garnishment and suggests that each Garnishee may have in its possession and control certain monies or property belonging to Defendant Claudia Bak sufficient to satisfy the judgment in whole or in part. Pursuant to Fed. R. Civ. P. 69, the Court must follow state law

regarding garnishment procedures. *See* Fed. R. Civ. P. 69. Chapter 77 of the Florida Statutes prescribes the procedure for issuance and enforcement of writs of garnishment.

Accordingly, upon due consideration, Plaintiffs' motions for issuance of writ of garnishment (Docs. 2 &3) are **GRANTED**, and the Clerk is directed to issue the Writs of Garnishment (including the Notice and Claim of Exemption) attached to each motion. (Docs. 2-1, 3-1). Plaintiff must fully comply with all notice requirements of §77.041, Florida Statutes.

**DONE** and **ORDERED** in Ocala, Florida on August 19, 2022.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -